■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL MAKSYMIK, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent. — Judgment unanimously affirmed. Memorandum: Relator's motion to convert this habeas corpus proceeding to one under CPLR article 78 is granted and the judgment is affirmed (see *People ex rel. Knowles v Smith,* 78 AD2d 975, affd 54 NY2d 259; *People ex rel. Walker v Hammock,* 78 AD2d 369, 373). (Appeal from judgment of Wyoming Supreme Court, Conable, J. — habeas corpus.) Present — Dillon, P. J., Simons, Doerr, Denman and Moule, JJ.